UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mohammed S., brought on his behalf by best friend Alfadil S., <br><br>　　　　　Petitioner, <br><br>v. <br><br>Pamela Bondi, in her official capacity as Attorney General of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review, Executive Office for Immigration Review; and Department of Homeland Security, <br><br>　　　　　Respondents. | Civ. No. 26-739 (PAM/SGE) <br><br><br>**ORDER** |

　　　　Petitioner Mohammed S. has been released from Respondents' custody and Respondents' have mailed his requested identification documents to him. Thus, the Petition is moot.

　　　　Accordingly, **IT IS HEREBY ORDERED that**:

　　　　1.　　The Petition (Docket No. 1) is **DENIED as moot**; and

　　　　2.　　This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 17, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge