# UNITED STATES DISTRICT COURT

## District of Minnesota

Mohammed Abakar Suleiman

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Daren K. Margolin, and Department of Homeland Security

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00739-PAM/SGE**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is DENIED as moot; and

2. This matter is DISMISSED without prejudice.

Date: 2/18/2026

KATE M. FOGARTY, CLERK